IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF: | : |
| **Authorizing the United States Federal Air Marshal Service to Conditionally Release Certain Violators and Offenders and to Set a Forfeiture of Collateral In Lieu of Personal Appearance for Certain Violations of United States Code in the Eastern District of Pennsylvania** | : : : : : : : : |
| | 26-MC-00003 |

## APPLICATION

The United States of America, moving by and through David Metcalf, United States Attorney, and Michelle Rotella, Assistant United States Attorney, respectfully requests the Court issue a general order authorizing the United States Federal Air Marshal Service (FAMS) to issue citations or violation notices for violations of the offenses enumerated in Exhibit A. The government further requests the Court approve the proposed bail schedule and forfeiture of collateral schedule as set forth in Exhibit A.

DATED this 23rd day of January, 2026.

Respectfully submitted,

DAVID METCALF
United States Attorney


*/s Michelle Rotella*
MICHELLE ROTELLA
Chief, National Security and Cybercrime
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN THE MATTER OF:** : | |
| **Authorizing the United States Federal Air** : | |
| **Marshal Service to Conditionally Release** : | |
| **Certain Violators and Offenders and to Set a** : | 26-MC-00003 |
| **Forfeiture of Collateral In Lieu of Personal** : | |
| **Appearance for Certain Violations of United** : | |
| **States Code in the Eastern District of** : | |
| **Pennsylvania** : | |

### **GENERAL ORDER**

This matter having come before the Court on the application by the United States Attorney's Office for the Eastern District of Pennsylvania for an Order authorizing the United States Federal Air Marshal Service (FAMS) to issue citations for certain violations of the United States Code, and for good cause appearing therefore:

IT IS HEREBY ORDERED that FAMS is now authorized to issue citations or violation notices to any person whom they have probable cause to believe is guilty of violations of the specifically enumerated offenses set forth in Exhibit A.

IT IS FURTHER ORDERED the proposed bail schedule and forfeiture of collateral schedule for the enumerated offenses are approved by the Court as set forth in Exhibit A.

IT IS FURTHER ORDERED that FAMS may use the location code designated by the Central Violations Bureau (CVB) for the Eastern District of Pennsylvania, with respect to violations of the enumerated offenses as set forth in Exhibit A that occur in the Eastern District of

Pennsylvania.

It is so ORDERED.

DATED this _____ day of January 2026.

_____
HONORABLE WENDY BEETLESTONE
Chief Judge, United States District Court

# Exhibit A

| US Code | VIOLATION | FINE |
|---|---|---|
| 18 U.S.C. § 39B(a) (1)-(2) | Unsafe operation of unmanned aircraft | $100-$500 |
| 18 U.S.C. § 39B(b)(1) | Operating in the Runway Exclusion Zone | $100-$500 |
| 49 USC § 46307 | Violation of National Defense Airspace | $100-$500 |
| 18 USC § 1752(a)(5) and (b)(2) | UAS operation over Restricted Building or Grounds | $100-$500 |